UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CAFN: 4:19-CR-00189 |
| -vs- | ) | |
| | ) | |
| SHERMAN LATROY ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the Motion for Leave of Absence by Elizabeth Carlisle Beasley, counsel for Defendant Sherman Latroy Robinson, for the dates of January 17 through 22, 2020, February 17, 2020, March 16 through 17, 2020, April 6 through 10, 2020, and May 21 through 25, 2020. (Doc. 20.) After careful consideration, said Motion is GRANTED.

SO ORDERED, this 23rd day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA