IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CIVIL ACTION NO.: 4:19-cr-189 |
| v. | |
| SHERMAN LATROY ROBINSON, | |
| Defendant. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 16, 2020, Report and Recommendation, (doc. 37), to which no party has filed objections.  Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 37), as the opinion of the Court.  Therefore, the Court finds that defendant is COMPETENT to stand trial pursuant to 18 U.S.C. § 4241.

**SO ORDERED**, this 4th day of August, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA