IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-189 |
| SHERMAN LATROY ROBINSON, | |
| Defendant. | |

**O R D E R**

The parties have waived trial by jury in this matter with the Court's consent. Based on the evidence and stipulation presented to the Court during the Bench Trial held on May 4, 2021, it is the verdict of this Court that Defendant Sherman Latroy Robinson is not guilty only by reason of insanity of the charged offense, pursuant to 18 U.S.C. § 4242(b)(3). Accordingly, Defendant is hereby **COMMITTED** to a suitable facility consistent with 18 U.S.C. § 4243(a) until this Court can hold a Subsection 4243(e) hearing to determine whether Defendant can establish by clear and convincing evidence that his release would not create a substantial risk of bodily injury to another person or serious damage of property of another due to a present mental disease or defect. The Court will hold this hearing within forty days from the date of this verdict.

During the term of Defendant's initial, automatic commitment, the Government is **ORDERED** to conduct a psychiatric or psychological examination of the Defendant and generate a report of its findings consistent with 18 U.S.C. § 4247(b) and (c).

**SO ORDERED**, this 4th day of May, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA