**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **V.** | ) |
| | ) |
| | ) **CAFN: 4:19-CR-189** |
| **SHERMAN LATROY ROBINSON,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| _____ | ) |

## ORDER

Elizabeth C. Beasley, counsel of record for the defendant in the above-styled case, has moved for leave of absence for the following dates: February 17-21, 2022; March 17-18, 21, 2022; April 4-8, 2022; May 30- June 3, 2022; and July 4-8, 2022.  Doc. 64.  Said request is **GRANTED**.

**SO ORDERED** this 31st day of January, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA