IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-189 |
| SHERMAN LATROY ROBINSON, | |
| Defendant. | |

**O R D E R**

On May 4, 2021, the Court conducted a bench trial in this case and found Defendant Sherman Latroy Robinson not guilty only by reason of insanity pursuant to 18 U.S.C. § 4242(b). On April 6, 2022, the Court held a hearing in this matter pursuant to 18 U.S.C. § 4243 to determine Defendant's present mental condition and eligibility for release. At the hearing, the parties agreed that to be eligible for release Defendant must show by clear and convincing evidence that "his release would not create a substantial risk of bodily injury to another person or serious damage of property of another due to a present mental disease or defect." 18 U.S.C. § 4243(d). The parties also agreed with the findings of the Federal Bureau of Prison's Forensic Psychological Report concluding that Defendant's release, "as a result of his mental disease, would pose a substantial risk of bodily injury to another person or serious damage to the property of another."

After careful consideration, the Court agrees that Defendant's release at this time would create a substantial risk of bodily injury to another person or serious damage of property of another due to a present mental disease or defect. Accordingly, the Court **COMMITS** Defendant to the custody of the Attorney General pursuant to 18 U.S.C. § 4243(e). The director of the facility in which Defendant is hospitalized, whether a Federal Bureau of Prison or state facility, is

**DIRECTED** to provide this Court with annual updates concerning whether Defendant "has recovered from his mental disease or defect to such an extent that his release, or his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment, would no longer create a substantial risk of bodily injury to another person or serious damage to property of another." 18 U.S.C. § 4243(f).  The first such annual report **SHALL** be due on or before September 13, 2022.

**SO ORDERED**, this 20th day of April, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA